UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____
(Circuit Court Case No. 20-2022-CA-010701-XXXX-MB)

ORTHOPAEDIC CARE SPECIALISTS, P.L.

    Plaintiff,
vs.

CIGNA HEALTH AND LIFE INSURANCE
COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, Cigna Health and Life Insurance Company ("Cigna"), by and through its counsel, hereby files this Notice of Removal, and alleges as follows:

1. Plaintiff, Orthopaedic Care Specialists, P.L., commenced this action in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Case No. . 20-2022-CA-010701-XXXX-MB ("State Court Action"). In accordance with 28 U.S.C. § 1446(a), copies of the process, pleadings, and papers served on Cigna are attached hereto as Exhibit "A".

2. Cigna[1] was served with the Complaint on November 15, 2022.

3. Cigna removes this action pursuant to 28 U.S.C. § 1441(b) as an action where the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states, within the meaning of 28 U.S.C. § 1332.

4. Plaintiff is a Florida limited liability company with its principal place of business in West Palm Beach County, Florida. "[A] limited liability company is a citizen of any state of which a member of the company is a citizen." *Rolling Greens MHP, L.P. v. Comcast SCH*

---

[1] In its original Complaint, Plaintiff incorrectly named Cigna Healthcare, Inc. who was served on November 7, 2022.

1

*Holdings L.L.C.,* 374 F.3d 1020, 1022 (11th Cir. 2004); *see also Garden Islands Int'l, LLC v. Shyam Ahuja Private, Ltd*., No. 12-22606-CIV, 2012 WL 13014996, at *1 (S.D. Fla. Sept. 25, 2012). According to the Florida Department of State, Division of Corporations, Plaintiff's managing members consist of seven individuals, each a citizen of Florida. *See* Orthopaedic Care Specialists, P.L., PLLC, Fla. Dep't of State- Div. of Corps., http://search.sunbiz.org (follow "Search by Entity Name" hyperlink; then search "Orthopaedic Care Specialists, P.L.").

5. Cigna is a foreign corporation. Complaint at ¶5. Specifically, Cigna is a Connecticut corporation with its principal place of business in Connecticut. Cigna Health and Life Insurance Company, Fla. Dep't of State- Div. of Corps., http://search.sunbiz.org (follow "Search by Entity Name" hyperlink; then follow "Name" hyperlink; then search "Cigna Health and Life Insurance Company").

6. This Court has original jurisdiction of this action under the provisions of 28 U.S.C. § 1332 and it is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action in which the amount in controversy exceeds the sum of Seventy-Five Thousand and 00/100 Dollars ($75,000.00), exclusive of interest and costs, and is between citizens of different states.

7. In the Civil Cover Sheet, Plaintiff indicated that the Amount of Claim is between $75,001 and $100,000.

8. Accordingly, complete diversity of citizenship and the required amount in controversy exist in this action between Plaintiff and Defendant and, therefore, Defendant Cigna is entitled to remove this action to this Court pursuant to 28 U.S.C. § 1441(a).

9. This Notice of Removal is timely filed with this Court pursuant to 28 U.S.C. § 1446(b), having been filed within 30 days of when Defendant was served with process.

10. The venue of this removal action is proper pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Southern District of Florida embraces the judicial circuit which includes the County Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, where the state court action was commenced. Such venue is alleged as proper solely for removal purposes.

11. No Act of Congress prohibits the removal of this case, and the cause is removable under 28 U.S.C. §§ 1441-1453.

12. Counsel for Defendant has served by a copy of this Notice on Plaintiff.

WHEREFORE, Defendant, Cigna Health and Life Insurance Company, respectfully requests that the removal of this action to the United States District Court for the Southern District of Florida be hereby effected and that this Court take jurisdiction of this action.

        Respectfully submitted,

        s/ Shari Gerson
        Shari Gerson, Florida Bar No. 017035
        Email: shari.gerson@gray-robinson.com
        GRAY ROBINSON, P.A.
        401 East Las Olas Boulevard, Suite 1000
        Fort Lauderdale, Florida 33301
        Telephone: (954) 761-8111
        Facsimile: (954) 761-8112

        *Counsel for Defendant, Cigna Health and Life Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2022, the foregoing document was filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document was provided by email to: Tony Bennett, Esq., and Corey Gross, Esq., Morgan & Morgan, P.A., Business Trial Group, 1700 Palm Beach Lakes Blvd., Suite 500, West Palm Beach, Florida 33401, Tel: 561-227-5858, Facsimile: 561-227-5859, Email: tbennett@forthepeople.com, coreygross@forthepeople.com; *counsel for Plaintiff*

        s/ Shari Gerson
        Shari Gerson, Florida Bar No. 017035
        Email: shari.gerson@gray-robinson.com
        GRAY ROBINSON, P.A.
        401 East Las Olas Boulevard, Suite 1000
        Fort Lauderdale, Florida 33301
        Telephone: (954) 761-8111
        Facsimile: (954) 761-8112

        *Counsel for Defendant, Cigna Health and Life Insurance Company*

/827506/369#48987295 v1